**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Fabian VAKSMAN, Defendant–
Appellant.**

**No. 11–30302.**

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 10, 2012.*

Filed Sept. 19, 2012.

Tyler Tornabene, Assistant U.S., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Richard A. Smith, Smith Law Firm, Yakima, WA, for Defendant–Appellant.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Fabian Vaksman appeals from his guilty-plea conviction and 10–month sentence for contempt of court, in violation of 18 U.S.C. § 401(3). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Vaksman's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Vaksman with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000).

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Vaksman's pro se request for appointment of substitute counsel, pro se motions for certification to the Washington Supreme Court, and pro se supplemental motions for certification to the Washington Supreme Court are **DENIED.**

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**